# AFFIDAVIT OF SERVICE

January 26, 2024

SHERIFF'S NUMBER      DEFENDANT      BERGEN COUNTY SHERIFF DEPT
1 OF 1

**S24000280**      Provenzano

TYPE OF SERVICE
SUMMONS & COMPLAINT

I, ANTHONY CURETON, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE
SO Drewyock #1910 _____ AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

ATTORNEY      CHECK #      AMOUNT
PERRONG LAW LLC      3366      32.80
2657 MOUNT CAMEL AVENUE
GLENSIDE PA 19038      RECEIPT # 212505

COURT   US DISTRICT      COURT DATA      COUNTY OF VENUE
DOCKET   241      STATE PA

CAPTION OF CASE      *XAEX331398*

JAMES E SHELTON
VS
ATYG LLC ETAL

## NAMED WITHIN TO BE SERVED

NAME      **ATYG LLC C/O PREMIER CORPORATE SERVICES**
ADDRESS      **560 HUDSON STREET**
     **# 3-4**
     **HACKENSACK NJ 07601**

### PAPERS SERVED

SUMMONS & COMPLAINT

### SERVICE DATA RECORDED

[✓] SERVED   [ ] UNABLE TO SERVE   (1) _____    DATE [01]/[30]/[24]
ATTEMPTS _____    (2) _____    TIME [10]:[17]:[AM]

**REMARKS:** _____
**PERSON SERVED:** Malayisa M. SMITH

- [✓] COPY PERSONALLY DELIVERED    [ ] MANAGING or GENERAL AGENT, PARTNER
- [ ] COPY LEFT WITH:    [ ] REGISTERED AGENT
       COMPETENT HOUSEHOLD MEMBER OVER    [ ] AGENT AUTHORIZED TO ACCEPT
       14 YRS OF AGE RESIDING THEREIN    [ ] DIRECTOR, TRUSTEE
- [ ] OFFICER

[ ] IS IN THE MILITARY   [✓] NOT IN THE MILITARY
SEX:    [ ] MALE   [✓] FEMALE
SKIN:    [ ] WHITE   [✓] BLACK   [ ] YELLOW   [ ] BROWN   [ ] RED
HEIGHT:    [ ] UNDER 5 FEET   [ ] 5.0-5.6 FT   [✓] 5.7-6.0 FT   [ ] OVER 6 FT
WEIGHT:    [ ] UNDER 100 LBS   [✓] 100-150 LBS   [ ] 151-200 LBS   [ ] OVER 200 LBS
HAIR:    [ ] BLACK   [✓] BROWN   [ ] BLOND   [ ] GRAY   [ ] RED   [ ] WHITE   [ ] BALDING
AGE:    [ ] 14-20   [✓] 21-35   [ ] 36-50   [ ] 51-65   [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME,
THIS ___ DAY OF ___ 20__

_Kimberly Dawn Provenzano_
Notary Public
New Jersey
My Commission Expires 7-13-2024
No. 2167385

DEPUTY SHERIFF OF BERGEN COUNTY
STATE OF NEW JERSEY



## OFFICE OF THE BERGEN COUNTY SHERIFF
BERGEN COUNTY JUSTICE CENTER
HACKENSACK, N.J. 07601

**ANTHONY CURETON**
SHERIFF

### WRITS / WAGES / SUMMONS & COMPLAINTS SERVICE

**CASE#: 24000280**

**NAME: ATYG LLC C/O PREMIER CORPORATE SERVICES**

**DOB:**

**ADDRESS: 560 HUDSON ST # 3-4 HACKENSACK NJ 07601**

**SERVICE ATTEMPTS:**  **NOTES:**

| | |
|---|---|
| 1. SO Druyade #1910  01/30/24 @ 16:17 | Served |
| 2. | |
| 3. | |