IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON,<br><br>*Plaintiff,*<br><br>v.<br><br>**ATYG LLC, d/b/a STEADY CAPITAL SOLUTIONS,**<br><br>*Defendant.* | Case No. 2:24-cv-00001-JDW |

## ORDER

**AND NOW**, this 23rd day of February, 2024, a review of the Court's records shows that Defendant ATYG LLC has not filed an answer or pleading in response to the Complaint in the above-captioned case.

If, by March 8, 2024, Plaintiff does not seek a request for default under Fed. R. Civ. P. 55 or take other appropriate action in this case, the Court will enter an order dismissing the case against Defendant ATYG LLC for lack of prosecution.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.