**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES E. SHELTON
316 COVERED BRIDGE ROAD
KING OF PRUSSIA, PA 19406

        Plaintiff

v.

ATYG LLC
D/B/A STEADY CAPITAL SOLUTIONS
90 STATE STREET, SUITE 700 BOX 10
ALBANY, NY 12207

        Defendant.

Case No. 2:24-cv-00001

JURY TRIAL DEMANDED

## NOTICE OF DISMISSAL PURSUANT TO LOCAL RULE 41.1

Please take notice that, pursuant to Local Rule 41.1, the issues between the parties have been settled. Kindly enter an order dismissing this action without prejudice and without costs.

Dated: March 5, 2024

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff*

1